**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-01025-KLM

JUDITH BENKERT, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

GCI SOLAR LLC, a California limited liability company,

      Defendant.

**MOTION FOR ALTERNATIVE SERVICE**

Plaintiff Judith Benkert ("Benkert" or "Plaintiff") hereby respectfully moves the Court for an order permitting service of process upon Defendant GCI Solar LLC ("GCI" or "Defendant") to be made by hand-delivering a true and accurate copy of the Complaint, Summons, and Civil Cover Sheet to the California Secretary of State in accordance with Cal. Corp. Code § 17701.16 (West 2014). In support of this Motion, Plaintiff states as follows:

1. On May 2, 2018, Plaintiff filed the instant action alleging violations of the Telephone Consumer Protection Act ("TCPA"), 42 U.S.C. § 227, *et seq.* (Dkt. 1.)

2. Cal. Corp. Code § 17701.16 provides for alternative service upon a limited liability company by delivering by hand to the Secretary of State when a Court finds, supported by affidavit, that the designated agent for service of process cannot be found with reasonable diligence and issues an order stating as such. *See* Cal. Corp. Code § 17701.16(c).

3. Here, Defendant's registered agent's designated address for service of process is 15261 Connector Lane, Huntington Beach, California 92649. (*See* California Statement of Information, a true and accurate copy is attached hereto as Ex. A.)

4. Plaintiff unsuccessfully attempted service at the Huntington Beach address on each of the following dates: May 4, 2018 and May 8, 2018. (*See* Huntington Beach Affidavit of Non-Service, a true and accurate copy is attached hereto as Ex. B.)

5. Plaintiff was informed that Defendant's Huntington Beach location appeared to be vacated. (*See Id.*)

6. On May 16, 2018, Plaintiff attempted service at an alternative business address, 2629 East Jensen Ave., Fresno, California 93706, which was listed on Defendant's website. (*See* Fresno Affidavit of Non-Service, a true and accurate copy is attached hereto as Ex. C.)

7. Defendant's Fresno location likewise appears to be vacant. (*See Id.*)

8. Thereafter, Plaintiff located Defendant's registered agent's home address, 5731 John Chaffey Circle, Garden Grove, California 92845.

9. Plaintiff again, on June 2, 2018, unsuccessfully attempted to serve Defendant at this final address. (*See* Garden Grove Affidavit of Non-Service, a true and accurate copy is attached hereto as Ex. D.)

10. Despite repeated service attempts, Plaintiff has been unable to effectuate service upon Defendant.

11. As detailed above and supported by affidavit, Plaintiff has made reasonable and diligent attempts to serve Defendant and has been unable to complete service. Therefore, in accordance with Cal. Corp. Code § 17701.16(c), Plaintiff moves this Court to issue an order

permitting alternative service by way of serving process upon the California Secretary of State as Defendant's agent.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the present motion and issue an order allowing Plaintiff to serve process upon Defendant by means of service upon California's Secretary of State, and for such additional relief as the Court deems necessary and just.

   *   *   *   *   *   *

Dated: July 11, 2018      Respectfully submitted,

           **JUDITH BENKERT**, individually and on behalf of all others similarly situated,

           By: /s/ Steven L. Woodrow
           One of Plaintiff's Attorneys

           Steven L. Woodrow
           swoodrow@woodrowpeluso.com
           Patrick H. Peluso
           ppeluso@woodrowpeluso.com
           Woodrow & Peluso, LLC
           3900 East Mexico Ave., Suite 300
           Denver, Colorado 80210
           Telephone: (720) 213-0675
           Facsimile: (303) 927-0809

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 11th day of July, 2018 to all counsel of record.

/s/ Steven L. Woodrow

4